AO 121 (6/90)

| TO:<br><br>**Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:25-cv-13298    DATE FILED<br>10/30/25 | United Stated District Court<br>Northern District of Illinois |

| PLAINTIFF<br><br>Yun Kyung Lee | DEFENDANT<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br><br>Thomas G. Bruton | (BY) DEPUTY CLERK<br><br>V. Miller | DATE<br><br>10/31/25 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
mail copy to Register of Copyrights

3) Upon termination of action,
mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-284-814

**Effective Date of Registration:**
October 27, 2021
**Registration Decision Date:**
January 31, 2022

## Supplementary Registration

**Supplement To:** VA0002265557, 2021

## Title



**Title of Work:** Luna and Forester

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 19, 2020
**Nation of 1st Publication:** Singapore

## Author

- **Author:** Yun Kyung Lee
  **Author Created:** 2-D artwork
  **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

# Certification

|  |  |
|---|---|
| **Name:** | John R. Mugno, Authorized agent of Yun Kyung Lee |
| **Date:** | October 27, 2021 |

**Explanation of Corrections:** The Author is a citizen of South Korea.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-287-395

**Effective Date of Registration:**
October 27, 2021
**Registration Decision Date:**
February 16, 2022

## Supplementary Registration

Supplement To:    VA0002265564, 2021

## Title

Title of Work:    Mystical Moon Moth

## Completion/Publication

Year of Completion:    2020
Date of 1st Publication:    April 29, 2020
Nation of 1st Publication:    Singapore

## Author

- Author:    Yun Kyung Lee
  Author Created:    2-D artwork
  Citizen of:    Korea, South

## Copyright Claimant

Copyright Claimant:    Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions

Organization Name:    Law Offices of John R. Mugno
Name:    John Robert Mugno
Email:    johnmugno@aol.com
Telephone:    (212)925-3474
Address:    233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

        **Name:**   John R. Mugno, Authorized agent of Yun Kyung Lee
        **Date:**   October 27, 2021

     **Explanation of Corrections:**   The Author is a citizen of South Korea.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-284-810

**Effective Date of Registration:**
October 27, 2021
**Registration Decision Date:**
January 31, 2022

## Supplementary Registration

**Supplement To:** VA0002265556, 2021

## Title

**Title of Work:** Moonlight Garden - Winter Brown

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 18, 2020
**Nation of 1st Publication:** Singapore

## Author

- **Author:** Yun Kyung Lee
  **Author Created:** 2-D artwork
  **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno, Authorized agent of Yun Kyung Lee
**Date:** October 27, 2021

**Explanation of Corrections:** The Author is a citizen of South Korea.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-284-251

**Effective Date of Registration:**
December 10, 2021
**Registration Decision Date:**
January 26, 2022

---

## Title

**Title of Work:** DEATH HEAD MOTHS NIGHT

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 08, 2021
**Nation of 1st Publication:** Singapore

## Author

- **Author:** Yun Kyung Lee
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** December 10, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-284-275

**Effective Date of Registration:**
December 10, 2021
**Registration Decision Date:**
January 26, 2022

---

## Title

**Title of Work:**  MOTH HAND

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  March 26, 2021
**Nation of 1st Publication:**  Singapore

## Author

- **Author:**  Yun Kyung Lee
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Citizen of:**  Korea, South

## Copyright Claimant

**Copyright Claimant:**  Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions

**Organization Name:**  Law Offices of John R. Mugno
**Name:**  John Robert Mugno
**Email:**  johnmugno@aol.com
**Telephone:**  (212)925-3474
**Address:**  233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Page 1 of 2

**Name:** John R. Mugno
**Date:** December 10, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-286-591

**Effective Date of Registration:**
October 27, 2021
**Registration Decision Date:**
February 10, 2022

---

## Supplementary Registration

**Supplement To:**   VA0002265554, 2021

## Title _____

**Title of Work:**   Night Garden Cat

## Completion/Publication _____

**Year of Completion:**   2020
**Date of 1st Publication:**   September 19, 2020
**Nation of 1ˢᵗ Publication:**   Singapore

## Author _____

- **Author:**   Yun Kyung Lee
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   Korea, South

## Copyright Claimant _____

**Copyright Claimant:**   Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions _____

**Organization Name:**   Law Offices of John R. Mugno
**Name:**   John Robert Mugno
**Email:**   johnmugno@aol.com
**Telephone:**   (212)925-3474
**Address:**   233 Broadway - Suite 2348

Page 1 of 2

New York, NY 10279 United States

## Certification

              **Name:**  John R. Mugno, Authorized agent of Yun Kyong Lee
               **Date:**  October 27, 2021

**Explanation of Corrections:**  The Author is a citizen of South Korea.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-287-600

**Effective Date of Registration:**
October 27, 2021
**Registration Decision Date:**
February 18, 2022

---

## Supplementary Registration

**Supplement To**: VA0002265566, 2021

## Title

**Title of Work:** Saturnia Pavonia

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 29, 2020
**Nation of 1st Publication:** Singapore

## Author

- **Author:** Yun Kyung Lee
  **Author Created:** 2-D artwork
  **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** Yun Kyung Lee
341 Upper Bukit Timah Road, 09-02 The Hillside, Upper Bukit Timah, 588195, Singapore

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno, Authorized agent of Yun Kyung Lee
**Date:** October 27, 2021

**Explanation of Corrections:** The Author is a citizen of South Korea.

